ELLIOT ENOKI
United States Attorney
District of Hawaii

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 07 2001

at 2 o'clock and 20 min P .M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>     vs.                             )<br>                                     )<br>SUSAN ABELN, and              (01)   )<br>NANETTE TAVARES,              (02)   )<br>a.k.a. "Nanette Inovejas",           )<br>MANUEL G. RINCON,             (03)   )<br>a.k.a. "Manny" and "Rico",           )<br>JOEL AQUINO-NAVARRO,          (04)   )<br>a.k.a "Gonzalo",                     )<br>JOSE RAMON AQUINO-ZAMBRANO,          )<br>a.k.a "Ramon",                (05)   )<br>HUMBERTO MARTINEZ-GARCIA,            )<br>a.k.a. "Hector", "Beto"       (06)   )<br>and "Freddy",                        )<br>                                     )<br>          Defendants.                )<br>                                     ) | CR. NO. 01-00183 DAE<br><br>SUPERSEDING INDICTMENT<br><br>[Title 21 U.S.C. Sections<br>841(a)(1), 841(b)(1)(A),<br>841(b)(1)(B) and 846, Title<br>18 U.S.C. Section 1956 and<br>Title 8 U.S.C. Section<br>1326(a)] |

<u>SUPERSEDING INDICTMENT</u>

<u>COUNT 1</u>:

The Grand Jury charges that:

From on or about January, 2001, to and including May 31, 2001, in the District of Hawaii, and elsewhere,

SUSAN ABELN
NANETTE TAVARES, a.k.a.
Nanette Inovejas
MANUEL G. RINCON
a.k.a. "Manny" and "Rico",
JOEL AQUINO-NAVARRO,
a.k.a "Gonzalo",
JOSE RAMON AQUINO-ZAMBRANO,
a.k.a "Ramon",
HUMBERTO MARTINEZ-GARCIA,
a.k.a. "Hector", "Beto" and "Freddy",

defendants herein, did willfully and unlawfully conspire together with each other, and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute, in excess of one (1) kilogram of Heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to possess for distribution Heroin in Hawaii.

OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1.   In January 2001, Joel AQUINO-NAVARRO and Humberto MARTINEZ-GARCIA, arrived in Honolulu and began selling heroin.

2.   In January 2001, Joel AQUINO-NAVARRO and Humberto MARTINEZ-GARCIA, rented a hotel room in Kaneohe, Hawaii that served as a base of their illegal drug trafficking activities.

3. In February 2001, Joel AQUINO-NAVARRO and Humberto MARTINEZ-GARCIA, rented a house in Kaneohe, Hawaii that served as a base of their illegal drug trafficking activities.

4. In late March 2001, RINCON stayed with Joel AQUINO-NAVARRO and Humberto MARTINEZ-GARCIA, at the house in Kaneohe, Hawaii.

5. On April 9, 2001, RINCON brought ABELN from Hilo to Honolulu.

6. ABELN and TAVARES were given in excess of $10,000 in cash from Joel AQUINO-NAVARRO and Humberto MARTINEZ-GARCIA to strap to their body and take with them to Los Angeles.

7. On April 9, 2001, ABELN and TAVARES, flew together on the same airline flight from Honolulu to Los Angeles on Hawaiian Airlines.

8. On April 10, 2001, in Los Angeles, ABELN and TAVARES exchanged the money for approximately 1750 grams of Heroin.

9. On April 11, 2001, ABELN and TAVARES flew together on the same airline flight from Los Angeles to Honolulu on Hawaiian Airlines.

10. On April 11, 2001, ABELN and TAVARES carried in excess of 1750 grams of heroin, distributed evenly between them, on the flight to from Los Angeles to Honolulu.

11.  On April 11, 2001, ABELN and TAVARES called Joel AQUINO-NAVARRO in an effort to distribute the heroin to Joel AQUINO-NAVARRO, Humberto MARTINEZ-GARCIA, and JOSE RAMON AQUINO-ZAMBRANO.

All in violation of Title 21, United States Code, Section 846.

COUNT 2:

The Grand Jury further charges that:

On or about April 11, 2001, within the District of Hawaii, **SUSAN ABELN,** did knowingly and intentionally possess with intent to distribute in excess of one hundred (100) grams of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

COUNT 3:

The Grand Jury further charges that:

On or about April 11, 2001, within the District of Hawaii, **NANETTE TAVARES**, did knowingly and intentionally possess with intent to distribute in excess of one hundred (100) grams of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

COUNT 4:

The Grand Jury further charges that:

From on or about January 2001, to and including May 31, 2001, in the District of Hawaii, and elsewhere,

JOEL AQUINO-NAVARRO,
a.k.a "Gonzalo",
JOSE RAMON AQUINO-ZAMBRANO,
a.k.a "Ramon",
HUMBERTO MARTINEZ-GARCIA,
a.k.a. "Hector", "Beto" and "Freddy",

defendants herein, did willfully and unlawfully conspire with others known and unknown to the grand jury, to knowingly and intentionally conduct financial transactions affecting interstate commerce, such transactions involving the proceeds of a specified unlawful activity, that is the distribution of heroin, with the intent to promote the carrying on of specified unlawful activity, and that while conducting such financial transaction knew that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and 1956(a)(1)(B)(ii).

It was the object of the aforesaid conspiracy to launder monetary instruments.

OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1.  During the months of January 2001, and February 2001, Joel AQUINO-NAVARRO, and Humberto MARTINEZ-GARCIA transacted

5

$1069 in cash, derived from the sale of heroin, to pay for the rent of a hotel room where they resided in Kaneohe, Hawaii.

2. During the months of February 2001 through April 2001, Joel AQUINO-NAVARRO, and Humberto MARTINEZ-GARCIA transacted $1800 in cash per month, derived from the sale of heroin, to pay for the rent of a home where they resided in Kaneohe, Hawaii.

3. During the months of February 2001 through March, 2001, Nanette Tavares transported to Los Angeles, CA, in excess of $10,000 in cash, derived from the sale of heroin, for Joel AQUINO-NAVARRO, and Humberto MARTINEZ-GARCIA.

4. During the month of April 2001, Nanette Tavares and Susan Abeln transported to Los Angeles, CA, in excess of $10,000 in cash, derived from the sale of heroin, for Joel AQUINO-NAVARRO, Humberto MARTINEZ-GARCIA and Jose Ramon AQUINO-ZAMBRANO.

5. During the month of May 2001, Joel AQUINO-NAVARRO, Humberto MARTINEZ-GARCIA and Jose Ramon AQUINO-ZAMBRANO transacted $1,500 in cash, derived from the sale of heroin, to pay for the rent of a home where they resided in Hauula, Hawaii.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 5:

The Grand Jury further charges that:

On or about May 31, 2001, within the District of Hawaii, the Defendant **JOEL AQUINO-NAVARRO**, a.k.a. "Gonzalo", was found in the United States after having been arrested and then removed from

the United States on January 3, 2001, without first having obtained the consent of the Attorney General to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

COUNT 6:

The Grand Jury further charges that:

On or about May 31, 2001, within the District of Hawaii, the Defendant, **HUMBERTO MARTINEZ-GARCIA**, a.k.a. "Hector", "Beto" and "Freddy", was found in the United States after having been arrested and then removed from the United States on May 1, 1998, without first having obtained the consent of the Attorney General to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

DATED: June 7, 2001 at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

_____ ACTING US Attorney
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. vs. Susan Abeln, et al.
"Superseding Indictment"
Cr. No. 01-00183 DAE

7